IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL SNOW,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>　　Defendant. | Civil No. 1:22-CV-197-AA<br><br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |

　　Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $7,800.00 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d). Plaintiff is also awarded costs in the amount of $402.00 pursuant to 31 U.S.C. § 1304 and 28 U.S.C. § 1920

　　If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon the terms of the fee agreement.  These funds may be paid electronically or by check.

　　IT IS SO ORDERED.

　　DATED this ___21st___ day of _____November_____, 2023.

　　　　　　　　　　　　　　　　　　　　　　　 /s/Ann Aiken_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Page 1　　ORDER
　　　　　　[1:22-CV-197-AA]