IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL SNOW, | Civil No. 1:22-CV-197-AA |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES |
| Commissioner of the Social Security Administration, | |
| Defendant. | |

After considering counsel's motion and supporting documents, it is hereby ORDERED that attorney's fees in the amount of $6,480 be awarded to Jeffrey Baird, to be paid from Plaintiff's past-due benefits pursuant to 42 U.S.C. § 406(b). This amount contemplates the previously awarded EAJA fee, so no further offset shall be applied.

IT IS SO ORDERED.

DATED this ___26th___ day of _____April_____, 2024.

                                                        /s/Ann Aiken
                                                  UNITED STATES DISTRICT JUDGE

Presented by:

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
2825 NE Brazee St
Portland, OR  97212
Telephone: (206) 518-8163
FAX: (360) 824-9371
jeffreyhbaird@comcast.net

Page 2      ORDER
            [1:22-CV-197-AA]